■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH G. SULIK, on Behalf of SCOTT HOGAN, Petitioner, v JOSEPH JABLONSKI, as Sheriff of the County of Nassau, Respondent. [659 NYS2d 999] —Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County Index No. 14529.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Mangano, P. J., Copertino, Altman and Goldstein, JJ., concur.